# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Nos. 1D16-5248
1D16-5249
(Consolidated for disposition)

_____

LARRY C. GOODMAN,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Mark Borello, Judge.

May 25, 2018

PER CURIAM.

AFFIRMED. *See Sheppard v. State*, 17 So. 3d 275, 286-87 (Fla. 2009) (agreeing that a trial court may strike pro se rule 3.170(*l*) motion as a nullity unless the motion "contains specific allegations that give rise to an adversarial relationship, such as misadvice, affirmative misrepresentations, or coercion that led to the entry of the plea"); *Echeverria v. State*, 33 So. 3d 802, 804 (Fla. 1st DCA 2010) (holding that a defendant's "broad, general allegations of ineffectiveness of his counsel do not indicate misadvice, coercion, or misrepresentation that would require a hearing under *Sheppard*.").

WOLF, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Justin F. Karpf, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Holly N. Simcox, Assistant Attorney General, and Sharon S. Traxler, Assistant Attorney General, Tallahassee, for Appellee.